```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 20-00125-RNO
Jeantel T. Carter                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2          Date Rcvd: Feb 26, 2020
                              Form ID: ntcnfhrg            Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db             +Jeantel T. Carter,    243 Hallet Road,    East Stroudsburg, PA 18301-8324
5290548        +BARCLAYS BANK,    PO BOX 8803,    WILMINGTON, DE 19899-8803
5290549        +C TECH COLLECTIONS,    PO BOX 402,    MOUNT SINAI, NY 11766-0402
5290550        +CITIBANK,    701 EAST 60TH ST N,    SIOUX FALLS, SD 57104-0493
5303829         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5290557         LEHIGH VALLEY PHYS GROUP,    PO BOX 1754,    ALLENTOWN, PA 18105-1754
5290558        +MICHAEL RATCHFORD ESQ,    RATCHFORD LAW GROUP,    54 GLENMAURA NATL BLVD STE 104,
                 MOOSIC, PA 18507-2101
5290559        +MIDLAND FUNDING,    320 EAST BIG BEAVER,    TROY, MI 48083-1271
5293732        +NAPA AT POCONO MEDICAL CTR, LLC,    C.TECH COLLECTS, INC.,    5505 NESCONSET HWY,
                 MT SINAI, NY 11766-2037
5290560        +PA DEPT OF REVENUE,    BUREAU OF COLLECTIONS,    PO BOX 281041,    HARRISBURG, PA 17128-1041
5290562        +PAUL STERLING,    243 HALLET ROAD,    EAST STROUDSBURG, PA 18301-8324
5290563         PENN CREDIT,    PO BOX 69703,    HARRISBURG, PA 17106-9703
5290566        +PP&L,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
5300581        +PPL,    827 Hausman Rd,    Allentown, PA 18104-9392
5290567        +PROGRESSIVE PHYS ASSOCIATES,    425 BRIGHTON AVENUE,    APT 303,    BETHLEHEM, PA 18015-1247
5290568         RADIOLOGY ASSOCIATES OF MAIN ST,    PO BOX 371863,    PITTSBURGH, PA 15250-7863
5290569        +RECEIVABLE COLLECTION SERVICES,    170 JERICHO TPKE,    SUITE 204,    FLORAL PARK, NY 11001-2024
5290570        +RECEIVABLE MANAGEMENT GROUP,    2901 UNIVERSITY AVE #29,    COLUMBUS, GA 31907-7601
5290572        +SECURITY CREDIT SERVICES,    2623 W OXFORD LOOP,    OXFORD, MS 38655-5442
5290573        +ST LUKE'S,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000
5290575        +TD BANK/TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
5290576        +TEMPOE LLC,    1602 TULLAMORE AVENUE,    BLOOMINGTON, IL 61704-9624
5290577        +THE MONEY SOURCE,    500 S BROAD ST STE 100A,    MERIDEN, CT 06450-6755
5290578         WELTMAN WEINBERG & REIS CO,    170 S INDEPENDENCE MALL W,    SUITE 874,
                 PHILADELPHIA, PA 19106-3334
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 19:46:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5290546        +E-mail/Text: ally@ebn.phinsolutions.com Feb 26 2020 19:40:19      ALLY FINANCIAL,
                 PO BOX 380901,    BLOOMINGTON, MN 55438-0901
5290547        +E-mail/Text: ACF-EBN@acf-inc.com Feb 26 2020 19:40:19      ATLANTIC CREDIT & FINANCE (C),
                 PO BOX 13386,    ROANOKE, VA 24033-3386
5290551         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 26 2020 19:41:09      COMENITY CAPITAL BANK,
                 BANKRUPTCY DEPARTMENT,    PO BOX 183043,    COLUMBUS, OH 43218-3043
5290552        +E-mail/Text: ccusa@ccuhome.com Feb 26 2020 19:40:19      CREDIT COLLECTIONS USA,
                 256 GREENBAG RD STE 1,    MORGANTOWN, WV 26501-7158
5290553        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 26 2020 19:46:21      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
5290554         E-mail/Text: mrdiscen@discover.com Feb 26 2020 19:40:21      DISCOVER,    PO  BOX 30943,
                 SALT LAKE CITY, UT 84130
5292638         E-mail/Text: mrdiscen@discover.com Feb 26 2020 19:40:21      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5290555         E-mail/Text: bk@freedomfinancialnetwork.com Feb 26 2020 19:40:17      FREEDOM DEBT RELIEF,
                 4940 SOUTH WENDLER DRIVE,    SUITE 210,    TEMPE, AZ 85282
5290556        +E-mail/Text: bncnotices@becket-lee.com Feb 26 2020 19:41:02      KOHLS DEPT STORES,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5293207         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 19:45:43      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5290561        +E-mail/Text: paparalegals@pandf.us Feb 26 2020 19:41:45      PATENAUDE & FELIX,
                 501 CORPORATE DRIVE,    SOUTHPOINTE CTR STE 205,    CANONSBURG, PA 15317-8584
5290565         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 19:47:00
                 PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK, VA 23541-1067
5298332         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 19:45:39
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5293091        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 19:41:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5290571        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 19:45:43
                 RESURGENT/LVNV FUNDING,    PO BOX 1269,    GREENVILLE, SC 29602-1269
5290574         E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 19:45:28      SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5290972        +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 19:46:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 18
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0314-5          User: AutoDocke         Page 2 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: ntcnfhrg       Total Noticed: 42
```

```
5290564     ##+POCONO GASTROENTEROLOGY PC,    175 E BROWN ST STE 115,    EAST STROUDSBURG, PA 18301-3098
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    The Money Source Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Jeantel T. Carter
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                              TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Jeantel T. Carter,<br>aka Jeantel Carter, aka Jeantel Trevene Carter, aka Jeantel Trevene Sterling, aka Jeantel T. Sterling, aka Jeantel Sterling, | Chapter 13<br><br>Case No. 5:20−bk−00125−RNO |
| **Debtor 1** | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 1, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 26, 2020 |

ntcnfhrg (03/18)