## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JEANTEL T. CARTER : CHAPTER 13
          Debtor(s) :
           :
        CHARLES J. DEHART, III :
        STANDING CHAPTER 13 TRUSTEE :
          Movant :
           :
          vs. :
           :
        JEANTEL T. CARTER :
          Respondent(s) : CASE NO.  5-20-bk-00125

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this  24th  day of February, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

      2.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.  The plan is underfunded relative to claims to be paid – 100% plan.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

            Respectfully submitted:


           /s/Charles J. DeHart, III
           Standing Chapter 13 Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA 17036
           (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

      AND NOW, this  2nd  day of March, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

                                    /s/Deborah A. Behney
                                    Office of Charles J. DeHart, III
                                    Standing Chapter 13 Trustee