UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:20-bk-00125-RNO |
|     Jeantel T. Carter, | : | CHAPTER 13 |
|     aka Jeantel Trevene Carter | : | |
|     aka Jeantel Carter | : | |
|     aka Jeantel Trevene Sterling | : | |
|     aka Jeantel Sterling | : | |
|     aka Jeantel T. Sterling | : | |
|         Debtor | : | |
| | : | |
| Jeantel T. Carter, | : | |
|     Objector | : | Objection to |
|     v. | : | Proof of Claim #18 |
| The Money Source, Inc., | : | |
|     Respondent | : | |

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #18

AND NOW, this 15th day of May 2020, comes the undersigned counsel and requests that the Debtor's Objection to Claim No. 18 of The Money Source, Inc. be withdrawn.

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Attorneys for Debtor
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com