UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:20-bk-00125-RNO |
|     Jeantel T. Carter, | : | CHAPTER 13 |
|     aka Jeantel Trevene Carter | : | |
|     aka Jeantel Carter | : | |
|     aka Jeantel Trevene Sterling | : | |
|     aka Jeantel Sterling | : | |
|     aka Jeantel T. Sterling | : | |
|         Debtor | : | |
| | : | |
| Jeantel T. Carter, | : | |
|     Objector | : | Objection to |
|     v. | : | Proof of Claim #18 |
| The Money Source, Inc., | : | |
|     Respondent | : | |

## CERTIFICATE OF CONCURRENCE

I hereby certify that on I obtained concurrence from the attorney for The Money Source, Inc., James C. Warmbrodt, Esquire, with the Debtor's Withdrawal of Objection to Claim No. 18.

DATED:  May 22, 2020                **NEWMAN WILLIAMS, P.C.**

                                            By:  /s/ Robert J. Kidwell
                                               Robert J. Kidwell, Esquire
                                               Attorneys for Debtor
                                               PO Box 511, 712 Monroe Street
                                               Stroudsburg, PA 18360
                                               (570) 421-9090; fax (570) 424-9739
                                               rkidwell@newmanwilliams.com