UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEANTEL T. CARTER AKA: JEANTEL
T. STERLING, JEANTEL
STERLING,JEANTEL TREVENE      CHAPTER 13
CARTER, JEANTEL CARTER,
JEANTEL TREVOR STERLING
        Debtor(s)      CASE NO: 5-20-00125-RNO
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant
vs.
JEANTEL T. CARTER AKA: JEANTEL
T. STERLING, JEANTEL
STERLING,JEANTEL TREVENE
CARTER, JEANTEL CARTER,
JEANTEL TREVOR STERLING
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 13, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on January 14, 2020.

2. A hearing was held and an Order was entered on April 1, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        s/    Agatha R. McHale, Esq.
        Id:   47613
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA    17036
        Ph.   717-566-6097
        Fax. 717-566-8313
        eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEANTEL T. CARTER
AKA: JEANTEL T. STERLING, JEANTEL STERLING, JEANTEL TREVENE CARTER, JEANTEL CARTER, JEANTEL TREVOR STERLING

CHAPTER 13

Debtor(s)

CASE NO: 5-20-00125-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA

Date: August 19, 2020

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
Email:  dehartstaff@pamd13trustee.com

Dated:  July 13, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEANTEL T. CARTER
AKA: JEANTEL T. STERLING, JEANTEL STERLING, JEANTEL TREVENE CARTER, JEANTEL CARTER, JEANTEL TREVOR STERLING

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

JEANTEL T. CARTER
AKA: JEANTEL T. STERLING, JEANTEL STERLING, JEANTEL TREVENE CARTER, JEANTEL CARTER, JEANTEL TREVOR STERLING

       Respondent(s)

CHAPTER 13

CASE NO: 5-20-00125-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 13, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG, PA 18360-0511 | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| JEANTEL T. CARTER<br>243 HALLET ROAD<br>EAST STROUDSBURG, PA 18301 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 13, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEANTEL T. CARTER
AKA: JEANTEL T. STERLING,
JEANTEL STERLING, JEANTEL
TREVENE CARTER, JEANTEL
CARTER, JEANTEL TREVOR
STERLING

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-20-00125-RNO

Movant

JEANTEL T. CARTER
AKA: JEANTEL T. STERLING,
JEANTEL STERLING, JEANTEL
TREVENE CARTER, JEANTEL
CARTER, JEANTEL TREVOR
STERLING

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.