In re:  
Jeantel T. Carter  
    Debtor(s)

Case No. 20-00125-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: ordsmiss     Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeantel T. Carter, 243 Hallet Road, East Stroudsburg, PA 18301-8324 |
| 5290547 | #+ | ATLANTIC CREDIT & FINANCE (C), PO BOX 13386, ROANOKE, VA 24033-3386 |
| 5290549 | + | C TECH COLLECTIONS, PO BOX 402, MOUNT SINAI, NY 11766-0402 |
| 5290557 | | LEHIGH VALLEY PHYS GROUP, PO BOX 1754, ALLENTOWN, PA 18105-1754 |
| 5290558 | + | MICHAEL RATCHFORD ESQ, RATCHFORD LAW GROUP, 54 GLENMAURA NATL BLVD STE 104, MOOSIC, PA 18507-2161 |
| 5290559 | + | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 5293732 | + | NAPA AT POCONO MEDICAL CTR, LLC, C.TECH COLLECTS, INC., 5505 NESCONSET HWY, MT SINAI, NY 11766-2037 |
| 5290560 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 5290562 | + | PAUL STERLING, 243 HALLET ROAD, EAST STROUDSBURG, PA 18301-8324 |
| 5290563 | | PENN CREDIT, PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5290566 | + | PP&L, 827 HAUSMAN ROAD, ALLENTOWN, PA 18104-9392 |
| 5300581 | + | PPL, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5290567 | + | PROGRESSIVE PHYS ASSOCIATES, 425 BRIGHTON AVENUE, APT 303, BETHLEHEM, PA 18015-1247 |
| 5290568 | | RADIOLOGY ASSOCIATES OF MAIN ST, PO BOX 371863, PITTSBURGH, PA 15250-7863 |
| 5290569 | + | RECEIVABLE COLLECTION SERVICES, 170 JERICHO TPKE, SUITE 204, FLORAL PARK, NY 11001-2024 |
| 5290570 | + | RECEIVABLE MANAGEMENT GROUP, 2901 UNIVERSITY AVE #29, COLUMBUS, GA 31907-7601 |
| 5290572 | + | SECURITY CREDIT SERVICES, 2623 W OXFORD LOOP, OXFORD, MS 38655-5442 |
| 5290573 | + | ST LUKE'S, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5290576 | + | TEMPOE LLC, 1602 TULLAMORE AVENUE, BLOOMINGTON, IL 61704-9624 |
| 5290577 | + | THE MONEY SOURCE, 500 S BROAD ST STE 100A, MERIDEN, CT 06450-6755 |
| 5315687 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5290578 | | WELTMAN WEINBERG & REIS CO, 170 S INDEPENDENCE MALL W, SUITE 874, PHILADELPHIA, PA 19106-3334 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 04 2020 00:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5290546 | + | EDI: GMACFS.COM | Dec 04 2020 00:03:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5308495 | | EDI: GMACFS.COM | Dec 04 2020 00:03:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5290548 | + | EDI: TSYS2.COM | Dec 04 2020 00:03:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5290550 | + | EDI: CITICORP.COM | Dec 04 2020 00:03:00 | CITIBANK, 701 EAST 60TH ST N, SIOUX FALLS, SD 57104-0493 |
| 5290551 | | EDI: WFNNB.COM | Dec 04 2020 00:03:00 | COMENITY CAPITAL BANK, BANKRUPTCY |

| Recipient ID | | Method | Date/Time | Name / Address |
|---|---|---|---|---|
| | | | | DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5290552 | + | EDI: CCUSA.COM | Dec 04 2020 00:03:00 | CREDIT COLLECTIONS USA, 256 GREENBAG RD STE 1, MORGANTOWN, WV 26501-7158 |
| 5290553 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2020 19:32:06 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5303829 | | EDI: BL-BECKET.COM | Dec 04 2020 00:03:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5290554 | | EDI: DISCOVER.COM | Dec 04 2020 00:03:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5292638 | | EDI: DISCOVER.COM | Dec 04 2020 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5290555 | | Email/Text: bk@freedomfinancialnetwork.com | Dec 03 2020 19:20:00 | FREEDOM DEBT RELIEF, 4940 SOUTH WENDLER DRIVE, SUITE 210, TEMPE, AZ 85282 |
| 5290556 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2020 19:20:00 | KOHLS DEPT STORES, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5293207 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 19:29:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5307452 | + | EDI: MID8.COM | Dec 04 2020 00:03:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5290561 | + | Email/Text: paparalegals@pandf.us | Dec 03 2020 19:21:00 | PATENAUDE & FELIX, 501 CORPORATE DRIVE, SOUTHPOINTE CTR STE 205, CANONSBURG, PA 15317-8584 |
| 5290565 | | EDI: PRA.COM | Dec 04 2020 00:03:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5298332 | | EDI: PRA.COM | Dec 04 2020 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5293091 | + | EDI: PENNDEPTREV | Dec 04 2020 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5293091 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2020 19:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5290571 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 19:29:57 | RESURGENT/LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5290574 | | EDI: RMSC.COM | Dec 04 2020 00:03:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5315763 | + | Email/Text: bncmail@w-legal.com | Dec 03 2020 19:21:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 5290972 | + | EDI: RMSC.COM | Dec 04 2020 00:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5290575 | + | EDI: WTRRNBANK.COM | Dec 04 2020 00:03:00 | TD BANK/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5315263 | + | Email/Text: bncmail@w-legal.com | Dec 03 2020 19:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5290564 | ##+ | POCONO GASTROENTEROLOGY PC, 175 E BROWN ST STE 115, EAST STROUDSBURG, PA 18301-3098 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Jeantel T. Carter rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jeantel T. Carter lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jeantel T. Carter,<br>aka Jeantel Carter, aka Jeantel Trevene Carter, aka<br>Jeantel Trevene Sterling, aka Jeantel T. Sterling, aka<br>Jeantel Sterling,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:20−bk−00125−RNO |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 3, 2020

By the Court,

*(signature)*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)